**Order filed August 8, 2017**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-17-00050-CV
_____

**ROBERT LEE SLAUGHTER, SR., Appellant**

**V.**

**CARVEL  JOHNSON, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 321010215**

---

## O R D E R

Appellant's brief was due July 19, 2017. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 21, 2017**, the court will dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

PER CURIAM